**MEMO ENDORSED**

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

June 11, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

   Re: *United States v. Marcus George,* 19-cr-171 (KMK)

Dear Judge Karas:

   This letter is an application to appoint undersigned counsel pursuant to the Criminal Justice Act for legal services provided to Mr. George in preparing and filing a post-judgment motion for compassionate release purusant to 18 U.S.C. §3582(c)(1)(A). I request that the appointment be nunc pro tunc as of April 8, 2020. The services were completed on May 11, 2020, the date the motion was decided. I had previously been Mr. Pagano's CJA-appointed counsel in the underlying prosecution of this case.

                              Very truly yours,

                              /s/ *Theodore S. Green*
                              Theodore S. Green

cc: All counsel (by ECF)

                    Granted.

                    So Ordered.

                    [signature]

                    6/11/20